# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ARTHUR FROEBA, III AND
BROOKE THOMPSON

NO. 2025 CW 1209

VERSUS

CONSTABLE DONALD MARSHALL

**MARCH 9, 2026**

---

In Re: Arthur Froeba, III and Brooke Thompson, applying for supervisory writs, 21st Judicial District Court, Parish of Tangipahoa, No. 2015-0003788.

---

**BEFORE: MILLER, EDWARDS, AND FIELDS, JJ.**

**WRIT DENIED.**

**SMM**
**BDE**
**WEF**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT